**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 1, 2023**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00067-CV

## PE SQUARE ENGINEERING, LLC AND PE SQUARE INVESTMENTS, LLC, Appellants

## V.

## MATTHEW HOWIE, Appellee

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-11689**

## MEMORANDUM OPINION

This is an interlocutory appeal from an order signed January 16, 2023. On May 15, 2023, appellants filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal and tax all costs against appellants. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain.